

Entered on Docket
March 16, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
U.S. Bank National Association, as Trustee for CMLTI 2007-WFHE2
09-73044 / 0157019894

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-17525-lbr |
| Peter A. Groves and Josephine R. Groves | MS Motion No. 25<br>Date: 12/30/2009<br>Time: 10:00 a.m. |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the
2  post-petition arrearages currently due as follows:

| | |
|---|---|
| 5 Monthly Payments at $1,614.71 | $8,073.55 |
| (September 1, 2009 - January 1, 2010) | |
| 4 Late Charges at $76.11 | $304.44 |
| (September 1, 2009 - December 1, 2009) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | ($103.82) |
| Total | $9,174.17 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,529.03 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the February 20, 2010 payment and continuing throughout and concluding on or before June 20, 2010. The sixth final payment in the amount of $1,529.02 shall be paid on or before July 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the , payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 1176 Pleasant Brook St. , Las Vegas, NV 89142, and legally described as follows:

Lot Ten (10) in Block One (1) of STONEYBROOK II, as shown by Map thereof on file in Book 38 of Plats, page 75. in the office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency. then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

```
 1 │ thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
 2 │ State Law, and take any action necessary to obtain complete possession thereof.
 3 │ Submitted by:
 4 │ WILDE & ASSOCIATES
 5 │
 6 │ By /s/ Gregory L. Wilde #10099
 7 │ GREGORY L. WILDE, ESQ.
   │ Attorneys for Secured Creditor
 8 │ 212 South Jones Boulevard
   │ Las Vegas, Nevada 89107
 9 │
10 │ APPROVED AS TO FORM & CONTENT:
11 │ Kathleen A Leavitt                         David Krieger
12 │ By /s/ _____ for                     By /s/ _____
13 │ Kathleen A Leavitt                         David Krieger
   │ Chapter 13 Trustee                         Attorney for Debtors
14 │ 201 Las Vegas Blvd., So. #200              1020 Garces Ave.
15 │ Las Vegas, NV 89101                        Las Vegas, NV 89101
16 │
   │                                            Nevada Bar No. _____
17 │
```